Dear Judge Walker,

My name is Yahmir Hamlet and I'm not a criminal, at least that's what I thought before I knew the seriousness behind my actions. What I've done is simply inexusable and stupid, and my deepest apologies go out to the victims I've caused harm to. I've done stupid things in the past but this is by far the worst. If I could rewind time I would continue on the right path without ever taking advantage of a situation that couldve been avoided. Instead, I induiged in horrible criminal activity by communicating with these girls in the first place. At the time, it was all out of boredom and curiosity, too selfish to understand that I was actually causing harm regardless of the reason.

I gained nothing from this but a humbling experience and good understanding of my wrongdoing. I hope the victims can forgive me for the harm I've caused and can live a better life knowing that I will atone for the damage I've done. Realizing the sheer seriousness of my actions have opened my eyes to how twisted they were. Despite me being younger and at the time careless, I still should've known better. There's no excuses here at all. I pray everyday that I'm forgiven for the chaos I've caused, the time wasted in the courts, and my contribution to deliquency. I cant help but feel shame for

Exhibit 1

..What my actions led to and sympathy for the 2 victims I've taken advantage of. As time passed I tried to move on and focus on the little family I started. It was too late when I realized how bad it was. I'm sorry to my mother, I've never made her cry so much in my life, over stupid decisions I made. I'm sorry for the mother of my kids, she should never have to experience raising our kids alone. I'm sorry for my children as well, my heart breaks knowing that I'm the reason their father is ripped out of their lives. I'm deeply sorry for the victims, I shouldve never ever contributed in any way, shape, or foam, and I hope to earn their forgiveness for the terrible role I've played. They deserve much more in life than getting taken advantage of. Thank you, your honor, for allowing me to spend more time with my family before my sentencing. I wont ask for a second chance, I understand the seriousness of my actions. Instead, I ask if you may show mercy while I can still fix my life because this is not who I am. I affected everyone around me negatively by being stupid. This has not only taught me to be a better person in general, but also enlightens me to the dangers of my vile actions.

Sincerely Vahmir